## No. 17,459.

ORTEGA *v.* KOHLER-MCLISTER PAINT COMPANY ET AL.

(279 P. [2d] 845)

Decided February 7, 1955.

Messrs. RADINSKY, KRIPKE & McLEAN, for plaintiff in error.

Messrs. WOOD & RIS, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.